UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ThermoLife International, LLC, | Case No. 1:13-mc-00174-MKB-JMA |
| Plaintiff, | |
| v. | |
| Gaspari Nutrition, Inc., *et al.*, | **STIPULATED ORDER** |
| Defendants. | |

Having reviewed the parties' Notice of Settlement and Lodging of Proposed Stipulated Order and Proposed Protective Order, and good cause appearing,

IT IS HEREBY ORDERED that the objections to the Magistrate Judge Orenstein's March 12, 2015 decision filed by Matthew Cahill and Driven Sports Inc. are withdrawn;

IT IS FURTHER ORDERED that Matthew Cahill and Driven Sports shall provide all documents in their possession, custody, or control responsive to the subpoenas issued by this Court on February 8, 2013 to ThermoLife International, LLC, no later than September 9, 2016;

IT IS FURTHER ORDERED entering the Protective Order lodged by the parties.

IT IS FURTHER ORDERED that as a result of the parties indicating that the issue of attorneys' fees and costs has been resolved amongst the parties, Magistrate Judge Orenstein's order granting attorneys' fees and costs to ThermoLife International, LLC fees is moot.

SO ORDERED:
s/ MKB 9/14/2016

_____
MARGO K. BRODIE
United States District Judge

6105381v.1